UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN DOUGLAS DIAMOND,<br><br>        Plaintiff,<br><br>  v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>        Defendant. | NO. CV 14-9196-GHK (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendant's motion to dismiss the complaint without prejudice for lack of subject matter jurisdiction is granted.

DATED:   6/4/15

                                              GEORGE H. KING<br>                                   Chief United States District Judge